UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA DONIZETTI, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Nevada Corporation; CLARK COUNTY, a Nevada Corporation; and DOES I through X, AND ROE CORPORATIONS I through X,<br><br>　　　　　Defendants. | Case No. 2:09-cv-02294-RCJ-PAL<br><br>**ORDER FOR DISMISSAL** |

Defendant, Las Vegas Metropolitan Police Department and Plaintiff, Joshua Donizetti, by and through their attorneys of record hereby STIPULATE and AGREE that the above-captioned action be dismissed with prejudice. Each party to bear their own attorney fees and costs.

DATED this ____ day of October 2010.          DATED this ____ day of October 2010.

FOX ROTHSCHILD LLP                                      LAW OFFICES OF RYAN ALEXANDER

By: /s/ Lyssa S. Anderson                                       By: /s/ Ryan E. Alexander
　　Lyssa S. Anderson                                                 Ryan E. Alexander
　　3800 Howard Hughes Pkwy. #500                      520 S. Fourth Street #340
　　Las Vegas, Nevada 89169                                   Las Vegas, Nevada 89101
　　*Attorneys for Defendant*                                   *Attorneys for Plaintiff*
　　*Las Vegas Metropolitan Police*
　　*Department*

VG1 54116v1 10/01/10

1 **ORDER**

2 Pursuant to the Stipulation between Plaintiff, Joshua Donizetti and Defendant, Las Vegas

3 Metropolitan Police Department, it is hereby

4 **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

5 DATED this 26th day of October 2010.

6

7 _____
   **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24